UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| JOSEPH JACQUET<br>    LA. DOC #118386<br>VS. | CIVIL ACTION NO. 6:10-cv-1931<br><br>SECTION P |
| WARDEN, AVOYELLES<br>CORRECTIONS CENTER | JUDGE MELANÇON<br><br>MAGISTRATE JUDGE HILL |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law, it is

**ORDERED** that this petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** because petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 11th day of April, 2011.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE